1 LAW OFFICES OF BILL LATOUR
2 BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
3     Colton, California 92324
4     Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
5     E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KENNETH LOCKE, | No. EDCV 09-1638 JEM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATE: January 4, 2011     _/s/John E. McDermott_____
                                   HON. JOHN E. MCDERMOTT
                                   UNITED STATES MAGISTRATE JUDGE